# Court of Appeals
# of the State of Georgia

ATLANTA, _November 07, 2012_

*The Court of Appeals hereby passes the following order:*

**A13A0459.  RAEMON MOORE v. THE STATE.**

On September 20, 2011, the trial court entered an order denying Raemon Moore's motion to dismiss the indictment against him based on the alleged denial of his constitutional right to a speedy trial.  On January 6, 2012, Moore filed a notice of appeal.  OCGA § 5-6-38 (a) requires that a notice of appeal be filed within 30 days of the order sought to be appealed.  Moore filed his notice of appeal 108 days after entry of the trial court's order.  "[A] timely-filed notice of appeal is a jurisdictional prerequisite to a valid appeal." *Henderson v. State*, 265 Ga. 317 (1) (454 SE2d 458) (1995).  Because Moore's notice of appeal is untimely, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _11/07/2012_
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

 *, Clerk.*